IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| KEMUEL LINDSEY, #1559766 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:15cv695 |
| S. SAH | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (doc. #25) is **ADOPTED**. It is further

**ORDERED** that the complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1). The complaint is **DISMISSED** without prejudice to Plaintiff refiling the claim until such time as he can demonstrate that he has been able to have his disciplinary case reversed, expunged or otherwise declared invalid. All motions not previously ruled on are **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** this 2nd day of December, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE